United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANDON SANDERS,

    Plaintiff,

    v.

COUNTY OF MENDOCINO, et al.,

    Defendants.
_____/

No. C 09-1827 JL

CASE MANAGEMENT AND PRETRIAL ORDER

Pursuant to Fed. R. Civ. P. 16 and Civ. L.R. 16-10(b), the following case management and pretrial order is entered:

1.     DISCOVERY

All discovery shall be completed by February 5, 2010.

*Monell* discovery is hereby stayed.

In the event of a discovery dispute the parties shall use the following procedure:

Parties shall meet and confer in person, or, if counsel are located outside the Bay Area, by telephone, to attempt to resolve their dispute informally. A mere exchange of letters, telephone calls, or facsimile transmissions does not satisfy the requirement to meet and confer.

If, after a good faith effort, the parties have not resolved their dispute, they shall prepare a concise joint statement, of five pages or less, stating the nature and status of their dispute. The parties shall not file affidavits or exhibits. If a joint statement is not possible, each side may submit a two-page individual statement. The Court will advise the parties regarding the need, if any, for formal briefing or a hearing.

2. MOTIONS

The hearing on Defendant's Motion to dismiss on calendar for August 26th is hereby continued to October 7, 2009 at 9:30 a.m. Plaintiff opposition is due August 26, 2009.

3. A further Case Management Conference will be held within 30 days of unsuccessful settlement conference or ADR proceedings. Parties shall jointly propose a date on a Wednesday at 10:30 a.m.

In any event, a further case management conference will be held on November 18, 2009 at 10:30 a.m. The parties shall provide an updated statement to the Court one week prior to the conference.

4. All documents filed with the Clerk of the Court shall list the civil case number followed by the initials "**JL.**" One copy shall be clearly marked as a **chambers** copy.

IT IS SO ORDERED.

DATED: August 7, 2009

_____
James Larson
U.S. Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\09-1827\pretrial.2009a.wpd